No. 94–6181.  SPORTS *v.* VAUGHN, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 94–6184.  VINING *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 94–6188.  BEDFORD *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 94–6189.  BOLENDER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 94–6200.  NENNINGER *v.* MISSOURI.  Ct. App. Mo., Southern Dist.  Certiorari denied.

No. 94–6201.  LOVE *v.* STALDER, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–6204.  CHARLTON *v.* PARAMUS BOARD OF EDUCATION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–6206.  KEENAN *v.* MICHIGAN DEPARTMENT OF CORRECTIONS.  Ct. App. Mich.  Certiorari denied.

No. 94–6207.  IRBY *v.* MACHT ET AL.  Sup. Ct. Wis.  Certiorari denied.

No. 94–6209.  FREEMAN *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 94–6215.  ADAMO *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 94–6231.  LEWIS *v.* JONES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 94–6234.  LOPEZ ROJAS *v.* RATELLE, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 94–6239.  SHELDON *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.